204-15

# ELECTRONIC RECORD

COA # 04-14-00877-CR          OFFENSE: Failure to stop and render aid

STYLE: Manuel G. Munoz v. The State of Texas          COUNTY: Bexar

COA DISPOSITION: Dismissed for Lack of Jurisdiction          TRIAL COURT: 437th District Court

DATE:01/28/2015          Publish: NO          TC CASE #: 2014CR2011


# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: «Style1» v. «Style2»          CCA #: 204-15

_____PRO SE_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
_____REFUSED_____
DATE: 04/22/2015
JUDGE: _____

CCA Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____          PC: _____
PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR
REHEARING IN CCA IS: _____
JUDGE: _____